**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 23-cr-35-5(RC)** |
| | **:** | |
| **MICAIAH JOSEPH,** | **:** | |
| **Defendant.** | **:** | |

## <u>ORDER</u>

Pending before the Court is the motion of the defendant to retain rough notes. Finding the motion is meritorious, it is

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2023.


_____
**RUDOLPH CONTRERAS**
United States District Judge