## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No.: 1:23-CR-000035-RC |
| **MICAIAH JOSEPH,** | |
| Defendant. | |

### JOINT STATUS REPORT AND REQUEST FOR HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Micaiah Joseph, by and through his attorney, Kira West, hereby respectfully submit a Joint Status Report to the Court regarding the scheduling of hearings on defendant Joseph's pending pretrial motions.

Defendant Joseph filed the following pretrial motions in this case:

- Motion to Sever dated February 21, 2023
    - Motion (Dkt. Entry 71)
    - Response (Dkt. Entry 72)
- Motion to Dismiss Count One dated March 22, 2023
    - Motion (Dkt. Entry 74)
    - Response (Dkt. Entry 83)
- Motion to Dismiss Counts Seven and Nine dated March 22, 2023
    - Motion (Dkt. Entry 75)
    - Response (Dkt. Entry 82)
- Motion to Retain Agent Notes dated March 23, 2023
    - Motion (Dkt. Entry 76)
    - Response (Dkt. Entry 81)
- Motion to Change Venue dated March 23, 2023
    - Motion (Dkt. Entry 77)
    - Response (Dkt. Entry 87)
- Motion to Suppress Evidence dated March 24, 2023

- o Motion (Dkt. Entry 78)
- o Response (Dkt. Entry 88)
- o Supplement to Motion (Dkt. Entry 97)
- o Response to Supplement (Dkt. Entry 99)
- o Response re: Second Seized Cell Phone (Dkt. Entry 116)
- o Second Supplement to Motion (Dkt. Entry 138)
- o Response to Second Supplement to Motion (Dkt. Entry 150)

The parties have consulted about potential dates for a hearing on the outstanding motions, and are available the following dates: April 29, April 30, and May 1.

Accordingly, the parties respectfully request that, if the Court requires argument on any outstanding motions, the hearing be set on one of the dates proposed by the parties.

Respectfully submitted,

MICAIAH JOSEPH
Defendant

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ Kira West
KIRA WEST
Counsel for Defendant Micaiah Joseph

By: /s/ Kaitlin Klamann
KAITLIN KLAMANN
SARAH MARTIN
Assistant United States Attorneys