IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 23-CR-35-5 (RC) |
| : | |
| : | |
| : | |
| MICAIAH JOSEPH : | |

### DEFENDANT'S MOTION TO REAPPOINT COUNSEL FOR SENTENCING PHASE

COMES NOW Kira Anne West, STAND BY counsel for MICAIAH JOSEPH in the above captioned case, and files this request for Mr. Joseph. Mr. Joseph has indicated that he no longer wishes to proceed pro se and asks this honorable court to reappoint undersigned stand by counsel as his counsel from this point forward.

Respectfully submitted,

MICAIAH JOSEPH, PRO SE

By:   /s/   *Kira Anne West* for Mr. Joseph
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

1

CERTIFICATE OF SERVICE

    I hereby certify on the 12th day of June, 2024 a copy of same was filed with the Clerk of Court via ECF so that all parties will receive it.

                                          /S/    *Kira West*
                                          Kira Anne West