UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
: Case No. 23-CR-35
v. :
:
MICAIAH JOSEPH, :
:
Defendant. :

## VERDICT FORM

**COUNT ONE:** Civil Disorder

_____          __X__
Not Guilty          Guilty

**COUNT EIGHT:**

(a) Assaulting, Resisting, or Impeding a Metropolitan Police Department Officer and Aiding and Abetting

_____          __X__
Not Guilty          Guilty

*Proceed to (b) only if you find defendant "not guilty" of (a).*

(b) Assaulting, Resisting, or Impeding a Metropolitan Police Department Officer with Acts that Constitute Only Simple Assault and Aiding and Abetting

_____          _____
Not Guilty          Guilty

**COUNT TEN:** Entering or Remaining in a Restricted Building or Grounds

_____          __X__
Not Guilty          Guilty

**COUNT TWELVE: Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____  ____✗____
Not Guilty              Guilty

**COUNT FOURTEEN: Engaging in Physical Violence in a Restricted Building or Grounds**

_____  ____✗____
Not Guilty              Guilty

**COUNT SIXTEEN: Obstructing or Impeding Passage Through the Capitol Grounds or Buildings**

_____  ____✗____
Not Guilty              Guilty

Dated this 10 day of June, 2024

███████████████████████
FOREPERSON