IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 23-CR-000035-5 (RC) |
| : | |
| MICAIAH JOSEPH : | |

### DEFENDANT JOSEPH'S NOTICE OF FILING

Mr. MICAIAH JOSEPH, through his attorney, Kira Anne West, hereby respectfully gives notice to the Court of letters in support of the defendant to assist the Court at Mr. Josepeh's sentencing.

Respectfully submitted,

KIRA ANNE WEST

By:   _/s/Kira Anne West_
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com
Attorney for Mr. Joseph

### CERTIFICATE OF SERVICE

I hereby certify on the 8th day of November, 2024, a copy of same was delivered to the parties of record pursuant ECF and the rules of the Clerk of Court.

_/S/ Kira West_

1